# EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

                Plaintiff,

- against -

THE DISHH, LLC

                Defendant.

Docket No. 18-cv-09079 (LGS)

## [~~PROPOSED~~] DEFAULT JUDGMENT

      This matter came before the Court on plaintiff Steven Hirsch's ("Plaintiff")'s application for entry of a default judgment against defendant The Dishh, LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by Plaintiff, the Court finds as follows:

      1.    Plaintiff's complaint and an original summons were served on Defendant on October 24, 2018. An affidavit of service was filed with the Court on October 26, 2018.

      2.    On November 19, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

      3.    On November 21, 2018, Plaintiff filed his application for default judgment by proposed order to show cause.

      5.    On November 26, 2018, the Court scheduled a hearing for Plaintiff's application and issued an Order for Defendant to show cause by December 4, 2018 why a default judgment

should not be entered in favor of Plaintiff. Defendant has failed to file any opposition to entry of a default judgment and failed to appear at the hearing scheduled for December 6, 2018.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages as civil penalties for willful copyright infringement under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $10,000.00 in statutory damages as civil penalties for removal and/or alteration of copyright management information in violation of 17 U.S.C. § 1202(b); it is

**FURTHER ORDERED** that Defendant shall pay $2800.00 in attorneys' fees and $475.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that ~~this case is dismissed and~~ the Clerk of the Court shall ~~remove it from the docket of the Court~~ close any open motions, cancel any conferences and close the case.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: December 10, 2018                      **SO ORDERED.**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOE MYERESS,

                Plaintiff,

                17 **CIV** 9691 (KPF)

      -against-               **DEFAULT JUDGMENT**

BRISSI GROUP, LLC,

                Defendant.
----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated June 21, 2018, Plaintiffs' motion for a default judgment is granted; Defendant has violated (i) 17 U.S.C. § 501, for which it shall pay $30,000 in civil penalties for copyright infringement, and (ii) 17 U.S.C. § 1202(b), for which is shall pay $10,000 in civil penalties for improper removal of copyright management information, along with attorneys' fees in the amount of $4,175.64 and costs in the amount of $562.70.

**DATED**: New York, New York
          June 25, 2018

                                      **RUBY J. KRAJICK**
                                      Clerk of Court
                              **BY**: _____
                                      **Deputy Clerk**

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON 6/25/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CURTIS RICE,<br><br>         Plaintiff,<br><br> - against -<br><br>SUTTON NEW MEDIA LLC<br><br>         Defendant. | Docket No. 17-cv-8332(WHP) |

## ORDER AND DEFAULT JUDGMENT

WILLIAM H. PAULEY III, UNITED STATES DISTRICT JUDGE:

   This matter came before the Court on plaintiff John Curtis Rice ("Plaintiff")'s motion for entry of a default judgment against defendant Sutton New Media LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

   1.  Plaintiff's complaint, an original summons and all attachments thereto were served on Defendant on October 29, 2017. An affidavit of service was filed with the Court on January 10, 2018.

   2.  On February 9, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

   3.  Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4. Plaintiff applied for entry of default judgment on March 19, 2018. Plaintiff seeks: (1) $30,000 in statutory damages under the Copyright Act, 17 U.S.C. § 501(c); (2) $4480.00 in attorneys' fees pursuant to 17 U.S.C. § 505; and (3) $500.00 in costs; including interest.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry of Default Judgment is GRANTED; it is

**FURTHER ORDERED** that the Court DECLARES that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000 in statutory damages; it is

**FURTHER ORDERED** that Defendant shall pay $4480.00 in attorneys' fees and $500 in costs, including interest; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

Dated: May 24, 2018                                    SO ORDERED:

                                                       _____
                                                       WILLIAM H. PAULEY III
                                                       U.S.D.J.

Case 1:18-cv-09416-VEC Document 19-1 Filed 03/24/19 Page 7 of 16
Case 1:18-cv-02180-JSR Document 15 Filed 05/02/18 Page 1 of 2
Case 1:18-cv-02180-JSR Document 13-2 Filed 04/30/18 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

Caron Myers,

                    *Plaintiff*,

  vs.

COED Media Group, LLC.

                    *Defendant*.

: Index No. 18-cv-2180-JSR
:
: ECF Case
:
: **PROPOSED ORDER OF**
: **DEFAULT JUDGMENT**

------------------------------------------------------------x

JED S. RAKOFF, United States District Judge, says:

      Plaintiff filed the Complaint in this action on March 12, 2108. On March 16, 2018, Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business where Dennis M. was authorized to accept process. Pursuant to Fed. R. Civ. P. 12, an answer or a response to the Complaint was due on or before April 6, 2018. Defendant failed to timely answer or otherwise respond to the Complaint and, on April 30, 2018, the Clerk of Court entered a Certificate of Default. On April 30, 2018, Plaintiff filed a Motion for Default Judgment. The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

      ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

      FURTHER ORDERED that the Defendant violated Sections 106 and 501 of the Copyright Act;

      FURTHER ORDERED that Defendant shall pay $60,000 in civil penalties, representing $30,000 for each instance of willful copyright infringement;

Case 1:18-cv-09406-VEC Document 19-1 Filed 03/14/19 Page 8 of 16
Case 1:16-cv-02180-JSR Document 15 Filed 05/02/18 Page 2 of 2
Case 1:18-cv-02180-JSR Document 13-2 Filed 04/30/18 Page 2 of 2

FURTHER ORDERED that Defendant shall pay $2,550.00 in Plaintiff's attorney's fees and costs; and

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated:

__5/11/2018__
New York, New York

Jed S. Rakoff
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH MARZULLO,

              Plaintiff,

           17 CIVIL 7482 KPF)

      -against-

           **DEFAULT JUDGMENT**

KARMIC RELEASE LTD.,
              Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 24, 2018, Plaintiff's motion for default judgment is granted; the Court holds that Plaintiff is entitled to relief on his claims for copyright infringement and attorneys' fees and costs; accordingly, judgment is entered that Defendant shall pay damages for copyright infringement in the amount of $30,000, along with attorneys' fees in the amount of $3,808 and costs in the amount of $500.

**DATED**: New York, New York
          April 25, 2018

                                    **RUBY J. KRAJICK**
                                      **Clerk of Court**

                                 By:
                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 4/25/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NEIL ZLOZOWER,

                        Plaintiff,

- against -

RUKKUS, INC.

                        Defendant.

Docket No. 17-cv-9510 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-18

## [PROPOSED] ORDER AND DEFAULT JUDGMENT

ROBERT W. SWEET, United States District Judge:

This matter came before the Court on plaintiff Neil Zlozower ("Plaintiff")'s motion for entry of a default judgment against defendant Rukkus, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1. Plaintiff's complaint, an original summons and all attachments thereto were served on Defendant on December 12, 2017. An affidavit of service was filed with the Court on January 10, 2018.

2. On February 9, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3. Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4. Plaintiff filed his motion for entry of default judgment on February 28, 2018. Plaintiff seeks: (1) $30,000 in statutory damages under the Copyright Act, 17 U.S.C. § 501(c); (2) $4500.00 in attorneys' fees pursuant to 17 U.S.C. § 505; and (3) $500 in costs; including interest.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry of Default Judgment is GRANTED; it is

**FURTHER ORDERED** that the Court DECLARES that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000 in statutory damages; it is

**FURTHER ORDERED** that Defendant shall pay $4500.00 in attorneys' fees and $500.00 in costs, including interest; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

Dated: March __, 2018

SO ORDERED.

_____
Robert W. Sweet (U.S.D.J.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANGEL CHEVRESTT,

      *Plaintiff*,    : Index No. 17-cv-09232-JSR

vs.           : ECF Case

CRAFT NATION INC.     : PROPOSED ORDER OF
             : DEFAULT JUDGMENT

      *Defendant..*
------------------------------------------------------------x

JED S. RAKOFF, United States District Judge, says:

  Plaintiff filed the Complaint in this action on November 23, 2017. On December 4, 2017, Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business where Una Reilly was authorized to accept process. Pursuant to Fed. R. Civ. P. 12, an answer or a response to the Complaint was due on or before December 26, 2017. Defendant failed to timely answer or otherwise respond to the Complaint and, on December 29, 2017, the Clerk of Court entered a Certificate of Default. On January 2, 2018, Plaintiff filed a Motion for Default Judgment. The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

  ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

  FURTHER ORDERED that the Defendant violated Sections 106 and 501of the Copyright Act;

  FURTHER ORDERED that Defendant shall pay $30,000 in civil penalties for each instance of willful copyright infringement;

FURTHER ORDERED that Defendant shall pay $4,300 in Plaintiff's attorney's fees and costs; and

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated: ___1/5___, 2018
New York, New York

Jed S. Rakoff
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JACKSON LEE,

    Plaintiff,

    -v-

WHITE CAT MEDIA,

    Defendant.
------------------------------------x

17-cv-8122 (JSR)

FINAL JUDGMENT

JED S. RAKOFF, U.S.D.J.

This action having been commenced on October 22, 2017, defendant having been served with a copy of the Summons and Complaint on November 9, 2017, proof of service having been filed on December 5, 2017, no defendant having answered the complaint, and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $30,000 as damages for defendant's infringement of plaintiff's trademark in violation of 17 U.S.C. §501 et seq.

SO ORDERED

Dated: New York, NY
December 12, 2017

JED S. RAKOFF, U.S.D.J.

Case 1:18-cv-09416-VEC-RA Document 121 Filed 03/14/19 Page 15 of 16
Case 1:16-cv-02744-RA Document 24 Filed 10/11/16 Page 1 of 2
Case 1:16-cv-02744-RA Document 22 Filed 09/19/16 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

GARY MILLER

       *Plaintiff*,

  vs.

ALLHIPHOP.COM LLC

       *Defendant.*
----------------------------------------x

: Index No. 16-cv-02744-(RA)

: ECF Case

: ~~PROPOSED~~ DEFAULT
: JUDGEMENT

RONNIE ABRAMS, United States District Judge:

  Plaintiff filed the Complaint in this action on April 12, 2016. On April 14, 2016, the Defendant was served a Summons, Civil Cover Sheet and Complaint through the New York Secretary of State. Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to answer by May 5, 2016. On July 11, 2016, the Plaintiff moved for a Certificate of Default from the Clerk of Court, followed by a Motion for Default and a hearing on Order to Show Cause. The Clerk of Court entered default on July 15, 2016, and a hearing was held on October 4, 2016. The Defendant having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

  ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

  FURTHER ORDERED that the Defendant violated Section 501 et al. of the
  Copyright Act;

  FURTHER ORDERED that Defendant shall pay $30,000 in civil penalties for
  willful copyright infringement; it is

Case 1:18-cv-09416-VEC-RA Document 19-1 Filed 03/14/19 Page 16 of 16
Case 1:16-cv-02744-RA Document 24 Filed 10/11/16 Page 2 of 2
Case 1:16-cv-02744-RA Document 22 Filed 09/19/16 Page 2 of 2

FURTHER ORDERED that Defendant shall pay $8,000 in Plaintiff's attorney's fees and costs; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated: September 11, 2016
New York, NY

Ronnie Abrams
United States District Judge