UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/15/2019
```

NATAN DVIR,

               Plaintiff,

- against -

DANCING ASTRONAUT, INC.

               Defendant.

Docket No. 18-cv-9416 (VEC)

ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT

VALERIE CAPRONI, United States District Judge:

      Upon the Complaint filed on October 15, 2018 [Dkt. 1]; the Affidavit of Service of the Summons and Complaint [Dkt. 8]; the Certificate of Default filed by the Clerk of Court [Dkt. 15]; the declaration of Richard Liebowitz, sworn to the 13th of March, 2019 [Dkt. 17]; the exhibits annexed thereto [Dkt. 17 exs. A-E]; Plaintiff's Statement of Damages [Dkt. 19]; and Plaintiff's Proposed Default Judgment [Dkt. 18] (collectively, the "Accompanying Papers"),

      IT IS HEREBY ORDERED that the above-named defendant, Dancing Astronaut, Inc., ("Defendant"), must show cause at a hearing before this Court at the United States Courthouse, 40 Foley Square, New York, NY 10007, courtroom 443, in the City, County and State of New York, on **April 19, 2019 at 10:00a.m.**, or soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Natan Dvir for the following relief:

    1.    Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against Defendant;

    2.    Ordering Defendant to pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c) for willful copyright infringement;

3. Ordering Defendant to pay $2975.00 in attorneys' fees and $480.00 in costs pursuant to 17 U.S.C. § 505;

4. Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

6. Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

IT IS FURTHER ORDERED that service of a copy of this order and the Accompanying Papers upon Defendant be made at Defendant's last know business address on or before **March 29, 2019**, and, if service cannot be effectuated at such address, then service upon Defendant via the Office of the New York Secretary of State shall be deemed good and sufficient service thereof.

IT IS FURTHER ORDERED that Defendant shall serve opposition papers, if any, on Plaintiff's counsel by hand delivery or electronically by email to Richard Liebowitz at RL@LiebowitzLawFirm.com on or before **April 8, 2019**, and that any reply papers shall be served by Plaintiffs on Defendant by hand delivery or electronically by email on or before **April 12, 2019**.

**SO ORDERED.**

Date:  **March 15, 2019**                                    _____
       **New York, New York**                                        **VALERIE CAPRONI**
                                                                  **United States District Judge**