# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 16, 2019

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Dvir v. Dancing Astronaut, Inc. (1:18-cv-9416-VEC)*

Dear Judge Caproni,

We represent Plaintiff, Natan Dvir, in the above in-captioned case. A conflict just arose for the default hearing on April 19, 2019. We respectfully request that the hearing be adjourned to week of April 22, 2019.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Natan Dvir*


Liebowitz Law Firm, PLLC