Case 1:18-cv-09416-VEC Document 22 Filed 04/17/19 Page 1 of 1



**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

April 16, 2019

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2019

Re: *Dvir v. Dancing Astronaut, Inc. (1:18-cv-9416-VEC)*

Dear Judge Caproni,

We represent Plaintiff, Natan Dvir, in the above in-captioned case. A conflict just arose for the default hearing on April 19, 2019. We respectfully request that the hearing be adjourned to week of April 22, 2019.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Natan Dvir*

Application DENIED. The show-cause hearing has been on the calendar since March 15, 2019, *see* Dkt. 20, and adjourning it would require the Court to issue, and Plaintiff to serve, an amended order to show cause to ensure that Defendant has fair notice of the adjourned hearing. Moreover, Plaintiff's letter provides no justification whatsoever for a last-minute adjournment.

SO ORDERED.

*[signature]* 4/17/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE