```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATAN DVIR,                                                  :
                                    Plaintiff,               :
                                                             :
               -against-                                     :
                                                             :
                                                             :
DANCING ASTRONAUT, INC.,                                     :
                                                             :
                                    Defendant.               :
-------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2019
```

18-CV-9416(VEC)

ORDER TO SHOW
CAUSE WHY
PLAINTIFF'S COUNSEL
SHOULD NOT BE
SANCTIONED

VALERIE CAPRONI, District Judge:

WHEREAS on April 19, 2019, Plaintiff, represented by Richard Liebowitz, Esq., appeared for a hearing on an order to show cause [Dkt. 20] why a default judgment should not issue against Defendant in Plaintiffs' favor;

WHEREAS at the hearing, the Court identified multiple deficiencies in Plaintiff's proposed default judgment and ordered Plaintiff's counsel to promptly submit a revised proposed default judgment; and

WHEREAS as of the date of this order, Plaintiff has failed to submit a revised proposed default judgment consistent with the Court's order,

IT IS HEREBY ORDERED that no later than **May 10, 2019**, Mr. Liebowitz shall show cause why he should not be sanctioned pursuant to Fed. R. Civ. P. 16(f), 28 U.S.C. § 1927, and/or the inherent powers of the Court for failing to comply with the Court's order at the April 19, 2019 show-cause hearing. Such showing shall be made by affidavit and a memorandum of law compliant with Local Civil Rule 7.1(a)(2). Courtesy copies of any papers filed shall be sent to the Court.

**SO ORDERED.**

_____
**Date:  April 29, 2019**                                        **VALERIE CAPRONI**
       **New York, NY**                                        **United States District Judge**