

Court Name: District Court
Division: 1
Receipt Number: 465401246230
Cashier ID: Jviera
Transaction Date: 10/17/2019
Payer Name: RICHARD LIEBOWITZ ESQ
--------------------------------
RECOVERIES OF COURT COST
 For: RICHARD LIEBOWITZ ESQ
Amount:            $1,500.00
--------------------------------
CREDIT CARD
 Amt Tendered:     $1,500.00
--------------------------------
Total Due:         $1,500.00
Total Tendered:    $1,500.00
Change Amt:        $0.00